AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Renette Gerver

*Plaintiff(s)*

v.

Bridges Community Support Services, Inc.;
Omusi Ranger; and Marlon Ranger

*Defendant(s)*

Civil Action No.: ____________________

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Marlon Ranger
5222 Andrus Avenue, Suite C
Orlando, FL 32810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Noah E. Storch, Esq.
Richard Celler Legal, P.A.
7951 SW 6th Street, Suite 316
Plantation, FL 33324
Telephone: (866) 344-9243 x107
Direct: (561) 706-2737
Email: noah@floridaovertimelawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.: ______________________________

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any): Marlon Ranger

was received by me on (date) ____________________________.

☐ I personally served the summons on the individual at (place):

______________________________________________

on (date) ________________________________; or

☐ I left the summons at the individual's residence or usual place of abode with (name):

______________________________________________

a person of suitable age and discretion who resides there, on (date)

____________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual):

______________________________________________

who is designated by law to accept service on behalf of (organization):

______________________________________________

☐ I returned the summons unexecuted because:

______________________________________________

☐ Other (specify):

______________________________________________

______________________________________________

My fees are $________ for travel and $________ for services, for a total of $________.

I declare under penalty of perjury that this information is true.

Date: ______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

______________________________________________

______________________________________________